1   HEATHER E. WILLIAMS, #122664
Federal Defender
2   MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3   801 I Street, 3rd Floor
Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Case No. 13-377 MCE |
| 11 | Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| 12 | v. | ) STATUS CONFERENCE TO JULY 31, 2014, ) AT 9:00 A.M. |
| 13 | RAUL GONZALEZ, | ) Date:   June 26, 2014 ) Time:   9:00 a.m. |
| 14 | Defendant. | ) Judge:  Hon. Morrison C. England, Jr. |
| 15 | | ) |

16

17       The parties stipulate, through respective counsel, that the Court should reschedule the

18   status conference set for June 26, 2014, at 9:00 a.m., to July 31, 2014, at 9:00 a.m.

19       Counsel for Mr. Gonzalez requires additional time to review discovery and confer with

20   him.  Counsel for Mr. Gonzalez also requires time to confer with him about a proposed

21   settlement, and negotiate with the government.

22       Counsel and the defendant agree that the Court should exclude the time from the date of

23   this order through July 31, 2014, when it computes the time within which trial must commence

24   under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

25   / / /

26   / / /

27   / / /

28

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3    DATED: June 24, 2014                    HEATHER E. WILLIAMS
                                              Federal Defender
4

5                                             /s/ M.Petrik_____
                                              MICHAEL PETRIK, Jr.
6                                             Assistant Federal Defender

7    DATED: June 24, 2014                    BENJAMIN B. WAGNER
                                              United States Attorney
8

9                                             /s/ M.Petrik for_____
                                              KYLE REARDON
10                                            Assistant U.S. Attorney

11                                **O R D E R**

12    The Court, having received, read, and considered the stipulation of the parties, and good

13    cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

14    that the failure to grant a continuance in this case would deny defense counsel reasonable time

15    necessary for effective preparation, taking into account the exercise of due diligence.  The Court

16    finds that the ends of justice served by granting the continuance outweigh the best interests of the

17    public and defendant in a speedy trial.

18    The Court orders the status conference rescheduled for July 31, 2014, at 9:00 a.m.  The

19    Court orders the time from the date of the parties stipulation, up to and including July 31, 2014,

20    excluded from computation of time within which the trial of this case must commence under the

21    Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

22    IT IS SO ORDERED.

23    Dated:  June 25, 2014

24

25    _____

26    MORRISON C. ENGLAND, JR., CHIEF JUDGE
      UNITED STATES DISTRICT COURT

27

28