HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )  | Case No. 13-377 MCE |
|---|---|
| Plaintiff,  ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 28, 2014, AT 9:00 A.M. |
| v.  ) | |
| RAUL GONZALEZ,  ) | Date:   July 31, 2014 |
| Defendant.  ) | Time:   9:00 a.m. |
|   ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for July 31, 2014, at 9:00 a.m., to August 28, 2014, at 9:00 a.m.

Counsel for Mr. Gonzalez requires additional time to review discovery, and confer with him.  Counsel for Mr. Gonzalez also requires time to confer with him about a proposed settlement, a pending state prosecution, and negotiate with the government.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through August 28, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4. Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

| | | |
|---|---|---|
| DATED: July 29, 2014 | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | /s/ M.Petrik<br>MICHAEL PETRIK, Jr.<br>Assistant Federal Defender |
| DATED: July 29, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ M.Petrik for<br>KYLE REARDON<br>Assistant U.S. Attorney |

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for August 28, 2014, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 28, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated: August 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT