HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00377-MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 25, 2014, AT 9:00 A.M. |
| v. | ) ) | |
| RAUL GONZALEZ, | ) ) | Date:   September 4, 2014 Time:   9:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for September 4, 2014, at 9:00 a.m., to September 25, 2014, at 9:00 a.m.

Counsel for Mr. Gonzalez requires time to confer with him about a proposed settlement, and a pending state prosecution.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through September 25, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

/ / /

/ / /

/ / /

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3  DATED: September 3, 2014  HEATHER E. WILLIAMS
4  Federal Defender

5  /s/ M.Petrik_____
   MICHAEL PETRIK, Jr.
6  Assistant Federal Defender

7  DATED: September 3, 2014  BENJAMIN B. WAGNER
8  United States Attorney

9  /s/ M.Petrik for_____
   KYLE REARDON
10 Assistant U.S. Attorney

11

12  **ORDER**

13  The Court, having received, read, and considered the stipulation of the parties, and good
14 cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds
15 that the failure to grant a continuance in this case would deny defense counsel reasonable time
16 necessary for effective preparation, taking into account the exercise of due diligence.  The Court
17 finds that the ends of justice served by granting the continuance outweigh the best interests of the
18 public and defendant in a speedy trial.
19  The Court orders the status conference rescheduled for September 25, 2014, at 9:00 a.m.
20 The Court orders the time from the date of the parties stipulation, up to and including September
21 25, 2014, excluded from computation of time within which the trial of this case must commence
22 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

23  IT SO ORDERED.
   Dated:  September 4, 2014
24
25  _____
26  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
27
28