HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-377 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 9, 2015, AT 9:00 A.M. |
| v. | ) ) | |
| RAUL GONZALEZ, | ) ) | Date:   March 12, 2015 Time:   9:00 a.m. |
| Defendant. | ) ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for March 12, 2015, at 9:00 a.m., to April 9, 2015, at 9:00 a.m.

Counsel for Mr. Gonzalez requires time to confer with him about a proposed settlement, and a pending state prosecution.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through April 9, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 10, 2015                HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ M.Petrik_____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender

DATED: March 10, 2015                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for_____
                                     MATTHEW G. MORRIS
                                     Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders the status conference rescheduled for April 9, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including April 9, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated:  March 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT