HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAUL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-377 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 23, 2015, AT 9:00 A.M., AND TO EXCLUDE TIME |
| v. | ) ) | |
| RAUL GONZALEZ, | ) ) | Date: April 9, 2015 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Morrison C. England, Jr. |

   The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for April 9, 2015, at 9:00 a.m., to April 23, 2015, at 9:00 a.m.

   Counsel for Mr. Gonzalez requires time to confer with him about a proposed settlement, and a pending state prosecution.

   Counsel and the defendant agree that the Court should exclude the time from the date of this order through April 23, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

/ / /

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 7, 2015  HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: April 7, 2015  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
MATTHEW G. MORRIS
Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. The Court orders the status conference rescheduled for April 23, 2015, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including April 23, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.
Dated:  April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT