BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>RAUL GONZALEZ,<br><br>                  Defendant. | CASE NO.  2:13-CR-377<br><br>STIPULATION AND ORDER (AMENDED) |

The defendant is charged in this case with crimes related to the production of child pornography. The State of California has charged the defendant with 10 counts of violating California Penal Code Section 288(a), Lewd and Lascivious Acts with Minors. The State has presented the Marshal's Service with a *writ of habeas corpus ad prosequendam*, requesting that the defendant be made available to state law enforcement agents for prosecution in that case.

Because of the potential penalties involved and the nature of overlapping evidence, the parties in this case stipulate and agree that judicial efficiency will be better served if the state proceedings are completed before the federal charges are resolved. Accordingly, the parties stipulate and request:

1.  That the case be continued to December 3, 2015.

2.  That the Court order the Marshal's Service to comply with a *writ of habeas corpus ad prosequendam* if presented to the Marshal's Service by Yolo County, California, with a federal detainer lodged so that the defendant be returned to this Court upon conclusion of the

STIPULATION AND ORDER

1

1    state proceedings.

2    3.  That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

3        *seq.*, within which trial must commence, the time period of September 3, 2015, to December

4        3, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B), [Local Code

5        C] as to the defendant because it is a period of delay resulting from trial with respect to other

6        charges against the defendant.

7    4.  That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

8        *seq.*, within which trial must commence, the time period of September 3, 2015, and

9        December 3, 2015, inclusive, is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7),

10       [Local Code T4] as to the defendant because the ends of justice served by taking such action

11       outweigh the interest of the public and the defendant in a speedy trial.

12   **SO STIPULATED.**

13   Dated:  September 10, 2015                         BENJAMIN B. WAGNER
                                                         United States Attorney
14

15                                                  By:  /s/ MATTHEW G. MORRIS
                                                         MATTHEW G. MORRIS
16                                                       Assistant United States Attorney

17   Dated:  September 10, 2015                         HEATHER WILLIAMS
                                                         Federal Defender
18

19                                                  By:  /s/ MICHAEL PETRIK
                                                         MICHAEL PTERIK
20                                                       Assistant Federal Defender

21

22   **IT IS SO ORDERED.**

23   Dated:  September 11, 2015

24

25   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

26

27

28

STIPULATION AND ORDER                            2