1   BENJAMIN B. WAGNER
    United States Attorney
2   MATTHEW G. MORRIS
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:13-CR-377

                       Plaintiff,      STIPULATION AND ORDER
12

13          v.

14  RAUL GONZALEZ,

                       Defendant.
15

16

17          By prior order, the case is set for a status hearing on December 3, 2015.  The defendant is

18  charged in this case with crimes related to the production of child pornography.  The State of California

19  has charged the defendant with 10 counts of violating California Penal Code Section 288(a), Lewd and

20  Lascivious Acts with Minors.  By agreement of the parties, the Court remanded the defendant into state

21  custody to face those charges.  The parties stipulate and request that the Court find and order:

22          1.  That the current status conference be continued to February 25, 2016.

23          2.  That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

24              *seq.*, within which trial must commence, the time period of December 3, 2015, to February

25              25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B), [Local

26              Code C] as to the defendant because it is a period of delay resulting from trial with respect to

27              other charges against the defendant.

28  *///*

    STIPULATION AND ORDER                        1

3.  That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 3, 2015, to February 25, 2016, inclusive, is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7), [Local Code T4] as to the defendant because the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated:  December 1, 2015                                BENJAMIN B. WAGNER
                                                        United States Attorney


                                           By:  /s/ MATTHEW G. MORRIS
                                                MATTHEW G. MORRIS
                                                Assistant United States Attorney

Dated:  December 1, 2015                                HEATHER WILLIAMS
                                                        Federal Defender


                                           By:  /s/ MICHAEL PETRIK
                                                MICHAEL PETRIK
                                                Assistant Federal Defender


        IT IS SO ORDERED.

Dated:  December 2, 2015


                                           _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT