BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RAUL GONZALEZ,<br><br>               Defendant. | CASE NO. 2:13-CR-377<br><br>STIPULATION AND ORDER |

By prior order, the case is set for a status hearing on February 25, 2016. The defendant is charged in this case with crimes related to the production of child pornography. The State of California has charged the defendant with 10 counts of violating California Penal Code Section 288(a), Lewd and Lascivious Acts with Minors. By agreement of the parties, the Court remanded the defendant into state custody to face those charges. The charges remain pending in Yolo County. The parties stipulate and request that the Court find and order:

1. That the current status conference be continued to May 19, 2016.

2. That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 25, 2016, to May 19, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B), [Local Code C] as to the defendant because it is a period of delay resulting from trial with respect to other charges against the defendant.

STIPULATION AND ORDER            1

3. That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 25, 2016, to May 19, 2016, inclusive, is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7), [Local Code T4] as to the defendant because the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated: February 24, 2016                                BENJAMIN B. WAGNER
                                                        United States Attorney

                                                By:    /s/ MATTHEW G. MORRIS
                                                        MATTHEW G. MORRIS
                                                        Assistant United States Attorney

Dated: February 24, 2016                                HEATHER WILLIAMS
                                                        Federal Defender

                                                By:    /s/ MICHAEL PETRIK
                                                        MICHAEL PETRIK
                                                        Assistant Federal Defender

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER                           2