PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>RAUL GONZALEZ,<br><br>                Defendant. | CASE NO.  2:13-CR-377<br><br>**AMENDED** STIPULATION AND PROPOSED ORDER |

      By prior order, the case is set for a status hearing on May 19, 2016.  The defendant is charged in this case with crimes related to the production of child pornography.  The State of California has charged the defendant with realted crimes.  By agreement of the parties, the Court remanded the defendant into state custody to face those charges.  The charges remain pending in Yolo County.  On May 4, 2016, the Yolo County District Attorney's office informed the government by email that the defendant's preliminary hearing was May 3, 2016, and he was held to answer on all counts and enhancements.  Arraignment on the state charges is scheduled for May 18, 2016 at 10:00 a.m.  The parties stipulate and request that the Court find and order:

    1.  That the current status conference be continued to August 25, 2016.

    2.  That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 19, 2016, to August 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B), [Local Code

C] as to the defendant because it is a period of delay resulting from trial with respect to other charges against the defendant.

3. That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 19, 2016, to August 25, 2016, inclusive, is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7), [Local Code T4] as to the defendant because the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated:  May 18, 2016         PHILLIP A. TALBERT
                             Acting United States Attorney

                             By:  /s/ MATTHEW G. MORRIS
                                  MATTHEW G. MORRIS
                                  Assistant United States Attorney

Dated:  May 18, 2016         HEATHER WILLIAMS
                             Federal Defender

                             By:  /s/ MICHAEL PETRIK
                                  MICHAEL PETRIK
                                  Assistant Federal Defender

IT IS SO ORDERED.

Dated:  May 19, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                    2