PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RAUL GONZALEZ,<br><br>          Defendant. | CASE NO.  2:13-CR-377<br><br>STIPULATION AND ORDER |

By prior order, the case is set for a status hearing on August 25, 2016.  The defendant is charged in this case with crimes related to the production of child pornography.  The State of California has charged the defendant with related crimes.  By agreement of the parties, the Court remanded the defendant into state custody to face those charges.  The charges remain pending in Yolo County.  On August 24, 2016, the Yolo County District Attorney's office informed the Marshal's Service by email that the defendant's trial is currently scheduled for December 5, 2016.  The parties stipulate and request that the Court find and order:

1. That the current status conference be continued to December 15, 2016.

2. That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 25, 2016, to December 15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B), [Local Code C] as to the defendant because it is a period of delay resulting from trial with respect to

other charges against the defendant.

3. That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 25, 2016, to December 15, 2016, inclusive, is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7), [Local Code T4] as to the defendant because the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated: August 24, 2016         PHILLIP A. TALBERT
                               Acting United States Attorney

                               By: /s/ MATTHEW G. MORRIS
                                   MATTHEW G. MORRIS
                                   Assistant United States Attorney

Dated: August 24, 2016         HEATHER WILLIAMS
                               Federal Defender

                               By: /s/ MICHAEL PETRIK
                                   MICHAEL PETRIK
                                   Assistant Federal Defender

IT IS SO ORDERED.

Dated: August 24, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE