PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL GONZALEZ,<br><br>    Defendant. | CASE NO. 2:13-CR-377<br><br>STIPULATION AND ORDER |

By prior order, the case is set for a status hearing on December 15, 2016. The defendant is charged in this case with crimes related to the production of child pornography. The State of California has charged the defendant with related crimes. By agreement of the parties, the Court remanded the defendant into state custody to face those charges. The charges remain pending in Yolo County. On December 14, 2016, the Yolo County District Attorney's office informed the government by email that the defendant is prepared to enter pleas in both the state and federal cases, and that some additional time will permit his state appointed defense attorney to coordinate with his federal appointed defense attorney. The parties stipulate and request that the Court find and order:

1. That the current status conference be continued to January 26, 2017.
2. That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 15, 2016, to January 26, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(B), [Local

Code C] as to the defendant because it is a period of delay resulting from trial with respect to other charges against the defendant.

3. That for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 15, 2016, to January 26, 2017, inclusive, is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7), [Local Code T4] as to the defendant because the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated: December 14, 2016       PHILLIP A. TALBERT
                               United States Attorney

                           By: /s/ MATTHEW G. MORRIS
                               MATTHEW G. MORRIS
                               Assistant United States Attorney

Dated: December 14, 2016       HEATHER WILLIAMS
                               Federal Defender

                           By: /s/ MICHAEL PETRIK
                               MICHAEL PETRIK
                               Assistant Federal Defender

IT IS SO ORDERED.

Dated: January 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER            2