HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAUL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAUL GONZALEZ, <br><br> Defendant. | Case No. 2:13-cr-377 MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO April 27, 2017, AT 10:00 A.M. <br><br> Date:   March 30, 2017 <br> Time:   10:00 a.m. <br> Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for March 30, 2017, at 10:00 a.m., to April 27, 2017, at 10:00 a.m.

Counsel for Mr. Gonzalez requires time to confer with him about discovery, a proposed settlement, and a pending state prosecution.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through April 27, 2017, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

///

///

///

///

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 29, 2017                HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ M.Petrik
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender

DATED: March 29, 2017                PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ M.Petrik for
                                     MATTHEW G. MORRIS
                                     Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for April 27, 2017, at 10:00 a.m. Time from the date of the parties stipulation, up to and including April 27, 2017, is hereby excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated: March 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE