HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAUL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAUL GONZALEZ,<br><br>  Defendant. | Case No. 2:13-cr-377 MCE<br><br>**THIRD AMENDED** NOTICE OF EXCLUSION OF TIME; ORDER.<br><br>Date: April 27, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

On the Court's own motion of April 18, 2017, the status conference scheduled for April 27, 2017 is vacated and continued to May 4, 2017 at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 4, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare], 18 U.S.C. §3161(7)(A) and General Order 479, Local Code T4.

DATED: April 20, 2017    HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: April 20, 2017    PHILLIP A. TALBERT
United States Attorney

/s/ M.Petrik for_____
MATTHEW G. MORRIS
Assistant U.S. Attorney

**O R D E R**

The Court orders the time from the date of the parties stipulation, up to and including May 4, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE