| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for Defendant
RAUL GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-377 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| v. | ) |
| | ) Date: May 4, 2017 |
| RAUL GONZALEZ, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for May 4, 2017, at 10:00 a.m., to May 11, 2017, at 10:00 a.m.

Counsel for Mr. Gonzalez requires time to confer with him about discovery, a proposed settlement, and a pending state prosecution.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through May 11, 2017, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

///

///

///

///

Stipulation to Continue -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 2, 2017  HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: May 2, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ M.Petrik for
MATTHEW G. MORRIS
Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for May 11, 2017, at 10:00 a.m. Time from the date of the parties stipulation, up to and including May 11, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated: May 3, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE