| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>MICHAEL PETRIK, Jr., #177913<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Telephone: (916) 498-5700<br><br>Attorneys for Defendant<br>RAUL GONZALEZ | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAUL GONZALEZ,<br><br>                Defendant. | Case No. 2:13-cr-377 MCE<br><br>NOTICE OF EXCLUSION OF TIME; ORDER.<br><br>Date:   May 25, 2017<br>Time:  10:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

On the Court's own motion of May 19, 2017, the status conference scheduled for May 25, 2017 is vacated and continued to June 1, 2017 at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 1, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare], 18 U.S.C. §3161(7)(A) and General Order 479, Local Code T4. Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 22, 2017  HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: May 22, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ M.Petrik for_____
MATTHEW G. MORRIS
Assistant U.S. Attorney

# **O R D E R**

Time from the date of the parties stipulation, up to and including June 1, 2017, is excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE